UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

DANIEL AND JULIETTE MORTON

                              Plaintiff,

v.

SALO AIZENBERG and MAYTAL ASSET
MANAGEMENT, LLC D/B/A DOWNTOWN
INVESTMENT ADVISORY,

                              Defendants.

------------------------------------------------------------------ X

Case No. 1:21-cv-07782-NSR

Judge Nelson Stephen Roman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023

**MEMO ENDORSED**

### NOTICE OF DEFENDANTS' MOTION
### TO DISMISS UNDER RULE 12(b)(6)

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Salo Aizenberg, sworn to on May 19, 2023, Declaration of Salo Aizenberg, sworn to on January 26, 2022 and Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Under Rule 12(b)(6), Defendants, Salo Aizenberg and Maytal Asset Management, LLC d/b/a Downtown Investment Advisory (collectively referred to herein as "Defendants"), by and through undersigned counsel, will move this Court, before Honorable Nelson Stephen Roman, on June 30, 2023 at a time to be designated by the Court, at the United States District Court, Southern District of New York, 500 Pearl St., New York, New York, for an Order dismissing the Amended Complaint in the above-referenced action with prejudice, for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

Dated:  May 19, 2023
         White Plains, NY

Defs' motion is DENIED without prejudice for failure to follow the Court's Individual Practices in Civil Cases. *See* Rule 3(A)(ii). The moving party shall submit a letter, not to exceed three pages, setting forth the basis for the anticipated motion. Defs. are directed to answer or otherwise seek leave to move in response to the Am. Compl. no later than June 14, 2023 The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

Wilson Elser Moskowitz Edelman & Dicker LLP

By:  ___/s/ Cynthia S. Butera_____
     Cynthia S. Butera
     1133 Westchester Avenue
     White Plains, New York 10604
     (914) 323-7000
     *Attorneys for Defendants*

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2023
White Plains, NY