**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DANIEL AND JULIETTE MORTON,

                         Plaintiff,

-against-                                                                       21 **CIVIL** 7782 (NSR)

                                                                                   **<u>JUDGMENT</u>**

SALO AIZENBERG, and MAYTAL ASSET
MANAGEMENT, LLC d/b/a, DOWNTOWN
INVESTMENT ADVISORY,

                        Defendants.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 29, 2024, Defendants' motion to dismiss is GRANTED. Because the Court previously granted Plaintiffs leave to file an amended complaint (*see* ECF No. 25), all claims herein are dismissed with prejudice. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      April 30, 2024

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                        **Clerk of Court**

                                                      **BY:**      *K. Mango*

                                                                        _____
                                                                         **Deputy Clerk**